IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW ANTHONY GERACI, | § | |
| | § | |
| Plaintiff Below, | § | No. 364, 2021 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| UBER TECHNOLOGIES, INC., | § | C.A. No. 21C-07-151 (N) |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |
| | § | |

Submitted: May 13, 2022
Decided:   June 22, 2022

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## <u>ORDER</u>

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order, dated October 29, 2021 dismissing the complaint and the Superior Court's order, dated November 9, 2021, denying the motion for reargument.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice